Amanda Loughmiller, #18771
aloughmiller@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-1455
**ATTORNEY FOR TRANS UNION LLC**

---

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH – CENTRAL DIVISION

| | |
|---|---|
| BRYAN K. HAWKER,<br><br>    Plaintiff,<br><br>v.<br><br>TRANSUNION LLC, and DOES 1 through 5, inclusive,<br><br>    Defendants. | Case No.: 2:25-cv-00086<br><br>**DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL** |

COMES NOW, TRANS UNION LLC, incorrectly named TRANSUNION LLC, ("Trans Union"), and files this Notice of Removal pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1441, and 28 U.S.C. § 1446, and in support thereof would respectfully show the Court as follows:

### I.     PROCEDURAL BACKGROUND

1.     On or about January 13, 2025, *Pro se* Plaintiff Bryan K. Hawker ("Plaintiff") filed his Complaint in this action in the Third Judicial District Court of Salt Lake County, State of Utah, Case No. 250900247 ("State Court Action"), alleging violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.*, and Utah Admin. Code R152-21 ("Utah Code"), against Defendants.  (*See* Compl. ¶ 1).

2. The time period for filing a responsive pleading in the State Court Action has not expired as of the filing of this Notice of Removal. No orders have been entered in the State Court Action as of the filing of this Notice of Removal.

3. Trans Union was served with Plaintiff's Complaint on January 17, 2025. This Notice of Removal is being filed within the 30-day time period required by 28 U.S.C. § 1446(b).

## II.   GROUNDS FOR REMOVAL

4. The present suit is an action over which the United States District Court, District of Utah, has original jurisdiction pursuant to 28 U.S.C. § 1331 as it is a civil action founded on a claim or right arising under the laws of the United States and may be removed to this Court by Defendant Trans Union pursuant to the provisions of 28 U.S.C. § 1441(b). Removal is thus proper because Plaintiff's claims present a federal question. *Id.* In the Complaint, Plaintiff seeks damages for Defendant's alleged violations of the FCRA.

## III.   COMPLIANCE WITH PROCEDURAL REQUIREMENTS

5. Pursuant to 28 U.S.C. § 1446(b), this Notice is being filed with this Court within 30 days after Trans Union was first served with the Complaint, the initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

6. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the United States District Court of Utah, Central Division, because it is in the district and division embracing the place where the State Court Action is pending.

7. Promptly after the filing of this Notice of Removal, Trans Union shall give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal with the Clerk of the Third Judicial District Court, Salt Lake County, State of Utah as required by 28 U.S.C. § 1446(d).

8.	Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon the Defendant Trans Union in the State Court Action is attached hereto as **Exhibit A**.

9.	Trial has not commenced in the Third Judicial District Court, Salt Lake County, State of Utah.

WHEREFORE, Trans Union LLC respectfully prays that the action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

DATED this 7th day of February 2025.

        **QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**

        */s/ Amanda Loughmiller*
        Amanda Loughmiller
        ***Counsel for Defendant Trans Union LLC***

7837373.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of February 2025, a true and correct copy of the above and foregoing document has been forwarded to the following parties via CM/ECF:

*None.*

I further certify that on the 7th day of February 2025, I sent the foregoing by First-Class United States Mail to the following:

Bryan K. Hawker
8928 S. Black Pine St.
West Jordan, Utah 84088
***Plaintiff Pro Se***

*/s/ Amanda Loughmiller*
**AMANDA LOUGHMILLER**

4

7837373.1

# EXHIBIT A

7837373.1